ACCEPTED
06-15-00072-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/5/2015 4:05:59 PM
DEBBIE AUTREY
CLERK

No. 06-15-00072-CV

IN THE SIXTH DISTRICT COURT OF APPEALS
AT TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/5/2015 4:05:59 PM
DEBBIE AUTREY
Clerk

HALEY BROWN,

*Petitioner/Appellant*

v.

RK HALL CONSTRUCTION, LTD.,
RKH CAPITAL, LLC AND STACY LYON D/B/A
LYON BARRICADE & CONSTRUCTION,

*Respondents/Appellees.*

Appealed from the 62nd Judicial District Court,
Lamar County, Texas,
The Honorable Will Biard, Presiding

### NOTICE OF APPEARANCE ON BEHALF OF
### RESPONDENT/APPELLEE R.K. HALL CONSTRUCTION, LTD.

The following counsel hereby make their appearance as counsel of record for

Respondent/Appellee R.K. Hall Construction, Ltd.:

Brett L. Myers (Lead Counsel)
Texas State Bar No. 00788101
Blair M. Partlow
Texas State Bar No. 24013299
**FOX ROTHSCHILD LLP**
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240

1

Respectfully submitted,

By: _____
    Brett L. Myers
    State Bar No. 00788101
    Blair M. Partlow
    State Bar No. 24013299

**FOX ROTHSCHILD LLP**
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240
972-991-0889
972-404-0516 – Fax
bmyers@foxrothschild.com
bpartlow@foxrothschild.com
**ATTORNEYS FOR DEFENDANTS, RK
HALL CONSTRUCTION, LTD.**

## CERTIFICATE OF SERVICE

I certify that on the 5th day of October, 2015, a true and correct copy of the foregoing was served on the following counsel of record, via electronically and/or via facsimile:

Kevin W. Vice
Dale H. Henley
Vice & Henley, PLLC
5368 State Highway 276
Royse City, Texas 75189
469/402-0461 – Fax
kvice@mmvllp.com
dhenley@mmvllp.com

Greg K. Winslett
W. Edward Carlton
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
214/871-2111 – Fax
gwinslett@qslwm.com
ecarlton@qslwm.com

_____
BLAIR M. PARTLOW

2

31768327.1/138307.00250